**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WILLIAM H. TANKERSLEY,
    Petitioner,

vs.                                    Case No. 3:08cv382/MCR/EMT

SCOTT P. FISHER, WARDEN,
    Respondent.
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 11, 2008 (Doc. 5).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2. The petition for writ of habeas corpus under § 2241 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with BOP procedures.

      **DONE AND ORDERED** this 22nd day of September, 2008.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE**